UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * * *

Annette M. Poganski,

Plaintiff,

ORDER

vs.

Mary Merchlewicz,
c/o CorVel Corp.,

Defendant. Civ. No. 02-0056 (ADM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 23rd day of January, 2002.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a routine review, in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Plaintiff's application to proceed in forma pauperis.

As a part of that application, the Plaintiff has averred that she is employed, and collects a bi-weekly salary of approximately $240.00. She further attest that, during the past twelve months, she has not received any money from businesses, rent payments, pensions, annuities, disability payments, or any other sources of income. She does currently maintain a checking or savings account,

FILED JAN 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

with a current balance of about $300.00. She also owns a home, worth approximately $120,000.00, but with an outstanding mortgage of about $55,000.00; a mutual fund currently worth approximate $2900.00; and two automobiles worth about $9100.00. She provides full support for one son, age fifteen, and half-support for one son, age nineteen.

Given these showings, we conclude that the Plaintiff is entitled to proceed _in forma pauperis_. Therefore, the Plaintiff's application to proceed _in forma pauperis_ is granted. See, _Title 28 U.S.C. §1915(a)(1)_.

NOW, THEREFORE, It is --

ORDERED:

1. That the Plaintiff's application for _in forma pauperis_ status [Docket No. 2] is granted.

2. That the Clerk of Court shall issue a Summons and the United States Marshal shall serve a copy of the Complaint and Summons upon the Defendant as directed by the Plaintiff, and that all costs of service shall be advanced by the United States.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE