**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Annette M. Poganski,

Plaintiff,

v.

Mary Merchlewicz, c/o CorVel Corp.,

Defendant.

**MEMORANDUM OPINION AND ORDER**
Civil No. 02-56 ADM/RLE

---

Annette M. Poganski, *pro se*.

Paul R. Harris, Esq., Hughes Mathews, PA, St. Cloud, MN, on behalf of Defendant.

---

On April 12, 2002, the Motion to Dismiss [Doc. No. 5] of Defendant Mary Merchlewicz, and the Motion to Consolidate Cases [Doc. No. 8] of Plaintiff Annette M. Poganski, were argued before the undersigned United States District Judge. For the reasons stated on the record, and based and all the files, records and proceedings herein, Plaintiff's Complaint [Doc. No. 1] fails to satisfy the jurisdictional prerequisites under either the Americans with Disabilities Act or Title VII. **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Consolidate Cases [Doc. No. 8] is **DENIED**, and

2. Defendant's Motion to Dismiss [Doc. No. 5] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

[signature]

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Date: April 12, 2002

FILED APR 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 12 2002
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

> ***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.